UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RUIXUE FAN,

              Plaintiff,

   - against -

US ZHIMINGDE INTERNATIONAL GROUP, LLC,　　　　　O R D E R
BEIJING ZHIMINGDE SCIENCE CO. LTD.,
CHINA BEIJING NORTH CONTINENT BIOLOGY　　　　　19 Civ. 1647 (NRB)
CO., LTD., BEIJING ZHIMINGDE LIANGZI
BIO-TECHNOLOGY CO. LTD., BEIJING
ZHENGDEHUITONG BIOTECH CO., LTD.,
ZHONGQUAN ZOU, JANE DOE, and JOHN DOE
#1-10,

              Defendants.
------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the Court's letter of May 15, 2019 advised plaintiff that "claims asserted against any unserved defendants will be dismissed without prejudice on May 24, 2019" unless plaintiff completes service and files proof of service with the Court or shows good cause why plaintiff's time to serve should be extended, ECF No. 18; and

    **WHEREAS** plaintiff filed a letter on August 21, 2019, requesting 120 days extension of time to serve the unserved defendants, ECF No. 29; and

    **WHEREAS** the Court granted the requested extension on August 22, 2019 as the <u>final extension</u>, ECF No. 32; and

    **WHEREAS** plaintiff has failed as of this date to file proof of service as to all defendants other than US Zhimingde

1

International Group, LLC or to show good cause for that failure; it is hereby

**ORDERED** that plaintiff's claims against all defendants other than US Zhimingde International Group, LLC are dismissed from the above-captioned action without prejudice.

**SO ORDERED.**

Dated: New York, New York
December 23, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE