USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Ruixue Fan,
                       Plaintiff,

    -against-                                19 **CIVIL** 1647 (NRB)

## JUDGMENT

US Zhimingde International Group, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated January 28, 2020, defendant's motion to dismiss is granted and the Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          January 29, 2020

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                      **BY:**
                                            **Deputy Clerk**